# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**BARRY ODELL THOMAS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-1754

[July 2, 2026]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; William L. Roby, Judge; L.T. Case Nos. 432020CF000901CFAXMX, 432025CF000065CFAXMX and 432025CF000066CFAXMX.

Gregg Lerman of Gregg S. Lerman, P.A., West Palm Beach, for appellant.

James Uthmeier, Attorney General, Tallahassee, and Sabina Isabella Fernandez, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, SHEPHERD and LOTT, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***